

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FEB 27 2020

Clerk, U S District Court
District Of Montana
Billings

JAMES MORRISON,

    Plaintiff,

vs.

CORRECTIONAL HEALTH PARTNERS, LT. BODINE, C.O. HOGG, and C.O. STULL,

    Defendants.

CV 19-36-BLG-SPW

ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS

The United States Magistrate Judge has filed Findings and Recommendations on the Plaintiff's motion for a temporary restraining order. (Doc. 37). The Magistrate recommended the Court deny the motion as moot. (Doc. 37 at 3).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 37) are ADOPTED IN FULL.

IT IS FURTHER ORDERED the Plaintiff's motion for a temporary restraining order (Doc. 14) is denied as moot.

DATED this 27th day of February, 2020.

SUSAN P. WATTERS
United States District Judge